IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01454-REB-MJW

PRESTON A. STEINERT,

Plaintiff(s),

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Leave to Amend Answer by Interlineation (docket no.16) is GRANTED IN PART AND DENIED IN PART pursuant to Fed. R. Civ. P. 15(a) and Young v. Clark, 814 P.2d 364, 365 (Colo. 1991).  The motion is granted insofar as the Defendant may amend the Answer to include the defense of sudden emergency.  The motion is denied insofar as amending the Answer by interlineation.  Defendant shall file its Amended Answer within 10 days from the date of this minute order

Date: September 25, 2007