IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01454-REB-MJW

PRESTON A. STEINERT,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation,

    Defendant.

---

### ORDER ( Docket No. 30 )

---

**THE COURT,** having reviewed Plaintiff's Response To Defendant's Motion For Protective Order Re: Notice of Videotaped Deposition of David Hilliard, and being fully appraised in the premises:

**HEREBY DENIES** Defendant's Motion For Protective Order re: Notice of Videotaped Deposition of David Hilliard. ( Docket No. 30 ) For those reasons as outlined in Plaintiff's Response.

Done this 4TH day of January, 2008.

_____
United States District Court Judge