IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01454-REB-MJW


PRESTON A. STEINERT,

Plaintiff(s),

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

Defendant(s).

---

MINUTE ORDER

---

It is hereby ORDERED that Defendant's Motion for Protective Order Re: Second Notice of Videotaped Deposition of David Hilliard and Request for Ruling by Presiding Judge (docket no. 50) is GRANTED.  If Judge Blackburn denies Defendant's Motion to Dismiss Plaintiff's Claims for Bad Faith (3rd Claim for Relief) and Breach of Contract (4th Claim for Relief) F.R.C.P. [sic] 12(b)(6) or in the Alternative, Motion to Bifurcate Claims (docket no. 25), then Plaintiff is granted leave to seek the videotaped deposition of David Hilliard, who is the claim representative for the Defendant responsible for adjusting Plaintiff's underinsured motorist claim.

This court had previously denied Defendant's Motion for Protective Order Re: Notice of Videotaped Deposition of David Hilliard (docket no. 30).  *See* Order dated January 4, 2008 (docket no. 42).  In this case, Defendant has filed a Motion to Dismiss Plaintiff's Claims for Bad Faith (3rd Claim for Relief) and Breach of Contract (4th Claim for Relief) F.R.C.P. [sic] 12(b)(6) or in the Alternative, Motion to Bifurcate Claims (docket no. 25).  This motion (docket no. 25) is currently pending Judge Blackburn.  As of the date of this minute order, Judge Blackburn has not ruled on this motion (docket no. 25).  The standard to determine whether a Fed. R. Civ. P. 12(b)(6) motion should be granted is whether Plaintiff has stated a claim under which relief can be granted under any theory of law.  The court finds that if Judge Blackburn grants Defendant 's Motion to Dismiss Plaintiff's Claims for Bad Faith (3rd Claim for Relief) and Breach of Contract (4th Claim for Relief) F.R.C.P. [sic] 12(b)(6) or in the Alternative, Motion to Bifurcate Claims (docket no. 25), then Plaintiff would be precluded from taking the

deposition of David Hilliard, who is the claim representative for the Defendant responsible for adjusting Plaintiff's underinsured motorist claim pursuant to <u>Silva v. Basin Western</u>, 47 P.3d 1194 (Colo. 2002).  Accordingly, the subject motion (docket no. 50) should be granted.

Date:  February 26, 2008