IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01454-REB-MJW

PRESTON A. STEINERT,

Plaintiff(s),

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby **ORDERED** that Defendant's Motion to Withdraw Defendant's Motion to Compel Production of Employment File of Preston A. Steinert from Citywide Enterprises (Docket No. 78) is granted, and thus Defendant's Motion to Compel (Docket No. 47) is deemed withdrawn, and Defendant's Request for Ruling Regarding its Motion to Compel Production of Employment File of Preston A. Steinert from Citywide Enterprises (Docket No. 66) is denied as moot.

Date: March 10, 2008