IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01454-REB-MJW

PRESTON A. STEINERT,
        Plaintiff

v.

MOUNTAIN STATES MUTUAL
CASUALTY COMPANY, a New
Mexico corporation.
        Defendant

---

ORDER ( Docket No 84 )

---

Based upon Defendant's Amended Motion for Order to Determine Fee for Dr. Leach's Deposition Testimony and good cause having been shown, it is hereby ordered that the Motion is Granted. The fee for Dr. Leach's two hour deposition testimony is ~~$250.00~~ $1,000.00.

DONE AND MADE this 2nd day of May, 2008

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO