**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.** 07-cv-01454-REB-MJW               FTR

**Date:** May 29, 2008                                 Shelley Moore, Deputy Clerk

PRESTON A. STEINERT,                                   Chad P. Hemmat

                          Plaintiff(s),

v.

MOUNTAIN STATES MUTUAL CASUALTY                        Stacy Spurlock
COMPANY,

                          Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

---

**FINAL PRETRIAL CONFERENCE**

**Court in session 9:00 a.m.**

Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**ORDERED:**   The Final Pretrial Order is approved, with the corrections to be made to
paragraph 2.  Counsel shall make the changes of record and resubmit the final
pretrial order, dated *nunc pro tunc* May 29, 2008, on or before June 9, 2008.

**ORDERED:**   Defendant's Motion for Reconsideration regarding the Order on Motion for
Protective Order Re: Notice of Videotaped Deposition of David Hilliard and
Request For Ruling By Presiding Judge (DN 48) is moot and therefore DENIED,
based upon the Court's Minute Order of February 26, 2008 (DN 72).

**Court in Recess 9:16 a.m.**
Total In-Court Time 0:16, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.