# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01454-REB-MJW

PRESTON A. STEINERT,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the parties' **Stipulated Motion For Dismissal of Claims** [#96] filed September 16, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal of Claims** [#96] filed September 16, 2008, is **GRANTED**;

    2. That the Trial Preparation Conference set for September 19, 2008,[1] is **VACATED**;

    3. That the jury trial set to commence October 6, 2008, is **VACATED**; and

---

[1] There was a typographical error in the court's **Trial Preparation Conference Order** [#13] entered August 27, 2007, as to the date of the Trial Preparation Conference. The date should have read September 19, 2008, not September 15, 2008.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 16, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**